■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ROBINSON, Appellant. (Appeal No. 3.) [700 NYS2d 892] —Judgment unanimously affirmed. Same Memorandum as in *People v Robinson* ([appeal No. 1] 267 AD2d 1031 [decided herewith]). (Appeal from Judgment of Monroe County Court, Egan, J.—Violation of Probation.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.